NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| M&T BANK, | No. 18-12702 (SDW)(CLW) |
| Plaintiff, | |
| v. | ORDER |
| H. SCOTT GURVEY, et al., | |
| Defendants. | March 29, 2019 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on March 14, 2019 by Magistrate Judge Cathy L. Waldor ("Judge Waldor"), recommending that Plaintiff M&T Bank's Motion to Remand be granted. Neither Plaintiff nor Defendants filed an objection to the R&R.

This Court has reviewed the reasons set forth by Judge Waldor in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Waldor (Dkt. No. 14) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED.**

/s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc: Parties
     Cathy L. Waldor, U.S.M.J.